No. 592. WALTER N. DIMMICK, PETITIONER, *v.* UNITED STATES.

March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George D. Collins* for petitioner. *Mr. Solicitor General Richards* for respondent.

---

